UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FLYING EAGLE ESPRESSO, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> HOST INTERNATIONAL, INC., et al., <br><br> Defendant(s). | NO. C04-1551P <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

Oral argument on the motions for summary judgment pending in the above-entitled matter will be scheduled for **Wednesday, September 14, 2005, at 9:00 a.m.** in the courtroom of the Honorable Marsha J. Pechman.

Filed this 22nd day of August, 2005.

BRUCE RIFKIN, Clerk

By  /s Mary Duett
    Deputy Clerk

MINUTE ORDER