UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FLYING EAGLE ESPRESSO, INC. <br><br>        Plaintiff <br><br>    v. <br><br> HOST INTERNATIONAL, INC., et al., <br><br>        Defendants. | NO. 2:04-cv-01551 <br><br> ORDER DEFERRING JURISDICTION |

Having reviewed the September 20, 2005 Order Concerning Referral of Contempt Cause of Action, and having reviewed all relevant pleadings and orders, this court hereby defers jurisdiction of the plaintiff's tenth cause of action: Contempt of Court (against the Port of Seattle only) to The Honorable Marsha J. Pechman.

DATED at Seattle, Washington this 5th day of October, 2005.

*Barbara J. Rothstein*
BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER
Page